ACCEPTED
03-25-00416-CV
106755016
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2025 10:32 AM
JEFFREY D. KYLE
CLERK

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/13/2025 10:32:14 AM
JEFFREY D. KYLE
Clerk

**Chief Justice**

SCOTT BRISTER

**Justices**

SCOTT FIELD
APRIL FARRIS



**Clerk**

CHRISTOPHER A. PRINE

Phone: 512-463-1610

www.txcourts.gov/15thcoa

# Fifteenth Court of Appeals

P.O. Box 12852,
Austin, Texas 78711

October 10, 2025

The Honorable Jeffrey Kyle, Clerk         via EFILE Texas
Third Court of Appeals
209 West 14th, Room 101
Austin, Texas 78701

RE: Court of Appeals Number:     03-25-00416-CV

Trial Court Case Number:       CV40037

Style:    Neil George Switkowski v.
        Courtney Sinclair Archbold

Dear Mr. Kyle:

This case arises from a child support enforcement proceeding brought by the Attorney General of Texas and involves challenges to the constitutionality of various Family Code provisions. Because it is both "brought by ... the state" and "brought under the Family Code," this matter would appear to fall within the exception to this Court's exclusive jurisdiction listed in Government Code § 22.220(d)(1)(A). But that exception, along with the other fourteen, were inserted and indented directly under subpart (d)(1), indicating that the Legislature intended them to function as exceptions only to this Court's exclusive jurisdiction under subpart (d)(1)— not to its jurisdiction under subparts (d)(2) and (d)(3). *See Jody James Farms, JV v. Altman Grp., Inc.*, 547 S.W.3d 624, 634 (Tex. 2018) (applying scope-of-subparts interpretive canon that material within an indented subpart relates only to that subpart). Because this matter involves a challenge to the constitutionality of a state statute and the Attorney General is a party, this Court has exclusive jurisdiction under subpart (d)(2) of § 22.220.

Based on the above, the Fifteenth Court of Appeals agrees with the Third's Court's recommendation that this matter should be transferred to this Court as set forth in Texas Rule of Appellate Procedure 27a. Please let me know if you need any additional information.

Sincerely,

Christopher A. Prine, Clerk

cc:  Counsel of Record – via EFILE Texas

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106755016
Filing Code Description: Letter
Filing Description: 15th COA TRAP 27a Response
Status as of 10/13/2025 1:27 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| NEIL G.SWITKOWSKI | | ns512atx@gmail.com | 10/13/2025 10:32:14 AM | SENT |
| COURTNEY ARCHBOLD | | Courtneyarchbold@gmail.com | 10/13/2025 10:32:14 AM | SENT |
| Sarah Longhofer | | sarah.longhofer@oag.texas.gov | 10/13/2025 10:32:14 AM | SENT |
| Deterrean Gamble | | deterrean.gamble@oag.texas.gov | 10/13/2025 10:32:14 AM | SENT |
| Nicole Loya | | nicole.loya@oag.texas.gov | 10/13/2025 10:32:14 AM | SENT |
| Matthew Deal | | matthew.deal@texasattorneygeneral.gov | 10/13/2025 10:32:14 AM | SENT |